# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MICHIGAN

Francisco
Joseph F. Kamp
P.O 1700 msk
Muskegon mi 49443

Plaintiff(s),

v

Roger Allen Kamp
6-15-80 SS#
AZ,

Defendant(s).

FILED
December 20, 2021 1:39 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc  SCANNED BY: KB /12/20

Case No. 1:21-cv-1075
Honorable Hala Y. Jarbou
U.S. District Judge

estate sell sold 13,500 buy 15 y/s % 30,000 early payoff Father Notery - will tox 50/50 brother Incharge of: only two son. pd. 3,500 owe 4,500 y/s. in house, Share 50/50 Father; I. but 50/50 will.

Joseph F. Kamp

-7422