UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF REASSIGNMENT
OF CASES FILED BY JOSEPH F. KAMP

_____ /

Administrative Order
No. 21-CA-083

WHEREAS, to promote Judicial economy it has been determined that the cases listed below filed by Joseph F. Kamp should be assigned to a single district judge and a single magistrate judge.  All of the Article III Judges in this District have consented to the reassignment of the cases listed below, and the undersigned has concluded that the cases should be reassigned under Local Rule 3.3.2(b) for reasons of judicial economy,

**IT IS HEREBY ORDERED** that the Clerk of Court shall reassign the cases listed below to the Honorable Gordon J. Quist and Honorable Phillip J. Green, under the approved procedure.

> *Kamp v. Timothy Hicks*, Case No. 1:21-cv-1025
>
> *Kamp v. Mark Qubin*, Case No. 1:21-cv-1033
>
> *Kamp v. Stork Food Division*, Case No. 1:21-cv-1034
>
> *Kamp v. Viridis North, LLC*, Case No. 1:21-cv-1035
>
> *Kamp v. Unknown Parties*, Case No. 1:21-cv-1036
>
> *Kamp v. U.S. Congress Enforcement*, Case No. 1:21-cv-1037
>
> *Kamp v. Kevin Phaza*, Case No. 1:21-cv-1038
>
> *Kamp v. James Pope*, Case No. 1:21-cv-1039
>
> *Kamp v. Republican U.S.S.R.*, Case No. 1:21-cv-1069

Any future case filed by Mr. Kamp should also be assigned to Judge Quist and Magistrate Judge Green.

**IT IS FURTHER ORDERED** that a copy of this Administrative Order shall be filed in each of the cases referenced herein.

Dated:    December 22, 2021

_____
ROBERT J. JONKER
CHIEF UNITED STATES DISTRICT JUDGE